DORIS R. HOLLANDER v.
KULLMAN DINING CAR COMPANY.

July 1, 1974. Petition for certification denied.

IRAL FORD v. JOHN W. GARVIN, JR.

July 1, 1974. Petition for certification denied. (See 127 N. J. Super. 391)

STATE OF NEW JERSEY v. VINCENT FERRO.

July 1, 1974. Petition for certification denied. (See 128 N. J. Super. 353)

STATE OF NEW JERSEY v. SAMUEL LEE CLARK.

July 1, 1974. Petition for certification granted. (See 128 N. J. Super. 120)

STATE OF NEW JERSEY v. EDDIE L. BROWN.

July 1, 1974. Petition for certification denied.